IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Brandon Johnson, | ) | C/A No. 1:15-3780-JMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Kendrick's Paint & Body Shop, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff, Brandon Johnson, filed this civil action in September 2015.  This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.).  On June 7, 2016, upon joint motion and consent of the parties, the court issued a Second Amended Scheduling Order extending the dispositive motions deadline until September 19, 2016.  (ECF No. 37.)  As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case.  The parties are directed to inform the court in writing of the status of this case on or before **September 27, 2016** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

September 20, 2016
Columbia, South Carolina